# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-00650-WYD

**SECURE-ALL COMPANY, INC.**, a Colorado corporation,

    Plaintiff,

v.

**THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,** a Connecticut corporation

    Defendant.

_____

## STIPULATION OF DISMISSAL
_____

    The parties, by and through their respective counsels of record, hereby submits this Stipulation of Dismissal between Plaintiff Secure-all Company, Inc. and Defendant the Travelers Indemnity Company of Connecticut.

    Plaintiff no longer wishes to pursue its claims against Defendant at this time and the parties have agreed to dismiss this matter **without** prejudice pursuant to F.R.C.P. 41(a)(1).

    As such, IT IS HERE BY STIPULATED AND AGREED, by and between the undersigned parties, through their respective counsel, that the above-captioned action be dismissed **without** prejudice. The parties, therefore, move this Court for dismissal of the entire action **without** prejudice pursuant to F.R.C.P. 41(a)(1). Each party will be responsible for their own attorney fees and costs.

    Respectfully submitted this 2nd day of May 2018.

| | |
|---|---|
| */s/ Nathanael Archuleta* | */s/ Jonathan Koehler* |
| Nathanael Archuleta, Esq. | Jonathan Koehler, Esq. |
| Furtado Law P.C. | Amy M. Samberg, Esq. |
| 3773 Cherry Creek Drive North, #575 | FORAN GLENNON PALANDECH |
| Denver, CO 80209 | PONZI & RUDLOFF PC |
| Phone: (303) 755-2929 | 1600 Broadway, Ste. 2425 |
| Email: nathanael@furtadolaw.com | Denver, Colorado 80202 |
| Attorney for Plaintiff | (720) 336-2243 |
| | jkoehler@fgppr.com |
| | asamberg@fgppr.com |
| | Attorney for Defendant |